December 14, 2015

██████████

Email Communication

Dear ████,

This letter is to inform you that a complaint has been brought forward indicating that you may have violated the university sexual misconduct policy.

It is essential that you understand we consider this a very serious matter and it will require investigation by the university. I would like to meet with you in person to discuss the complaint. At this meeting I will explain the nature and source of the complaint and next steps in the investigation. Please call the Dean of Students Office at 651-962-6050 to set up a time to meet with me.

The purpose of this letter is to inform you that you have been named in a complaint and to apprise you of the policy and your rights in this process. For further information on this policy, please see the following web site:
https://www.stthomas.edu/title-ix/sexualmisconduct

I am issuing you a no contact order until this investigation has concluded. You are not to have any form of contact with ████████████ This includes in person contact, phone contact, and all forms of texting and social media. Your card access to the residence halls has been turned off until the university investigation is concluded. If you need to enter ██████████ to pick up any belongings, you will need to contact Public Safety at 651-962-5100 and they will arrange an escort for you to enter your room. You are allowed to continue attending classes and to take your final exams. Until the formal investigation has been completed, you are only allowed to be on

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
6

campus for purposes of attending classes and taking finals.

If you have any questions about this process or your rights, please do not hesitate to contact me. At our meeting I will answer any questions you have and I will be assigning you a Process Advisor who can further explain your rights and answer any questions you might have about how the formal investigative process works.

Sincerely,


Linda Baughman-Terry
Dean of Students