

●●●○○ Verizon LTE     3:02 PM     ⚡ 🔵 91% ▮

**< Messages**       **Details**

> Sure. I'll just text you though I'm in bed and I have zero motivation to get out. So I hooked up with this girl last night and it was terrible and awful and a really bad decision. When we were talking she was like you totally won't text me tomorrow and I was like no I will. Now I have no idea what to do

Was it the girl you were with?

Or some other girl?

> Yeah her

?

Is that her name?



Ok

Was it bad sex or bad because you felt guilty and regretted it?

📷  iMessage


PLAINTIFF'S
EXHIBIT
9
PENGAD 800-631-6989



•••○○ Verizon LTE   3:03 PM   ⅄ ✳ 90% 🔋

< **Messages**      **Details**

Is that her name?

Ok

Was it bad sex or bad because you felt guilty and regretted it?

> We didn't even go that far. I was like finger and hand job and it was just awful. She fucking bled on me and did and terrible job. It was just awkward when it was over. It was bad and I also regret it a lot.

Ew. Ok yeah that sounds super weird

Do you like her? Do you want to keep seeing her or is it just weird now?

> No I don't and I would be ok with never seeing her ever again

 iMessage

•••○○ Verizon LTE          3:03 PM          ⚡ ❋ 90% ▬▬▯

‹ Messages                                    Details

> never seeing her ever again

Haha oh my gosh, well then why'd you do that? 😂

> Like I said a huge mistake. I wasn't thinking straight

I'm sorry ███. Where you both drinking?

> Yeah

That never helps

Well I'm sorry ███ there's not much you can do about it now. Do you see her a lot? Like have a class with her?

> No I don't. I'm really just trying to figure out if I should text her and say something or not.

Yeah that's tricky, what would you say?

  iMessage

●●●○○ Verizon LTE          3:03 PM          ⚡ ≯ 90% ▭

< Messages                    Details

and say something or not.

Yeah that's tricky, what would you say?

It was a mistake but somehow nicer than that

Use ▭ as an excuse. Say something like: I'm really sorry about last night, I drank too much I didn't mean for anything to happen, I'm still not over my ex and I'm not ready for something right now

Thank you so much ▭ that's actually a really good idea

No problem, I feel like that's the best way to help you and not totally hurt her

Yeah that was my goal just not to hurt her.

Thu Dec 17 6:45 PM

  iMessage

< Messages        Details

You sure you're ok?

I don't want to keep you up we'll talk tomorrow

Ok ok

Sorry goodnight █

Haha it's fine █ Goodnight

Sat, Dec 12, 9:33 AM

Sorry again for calling you

█ it's fine I really didn't care

Do you want to talk now?

Sure. I'll just text you though I'm in bed and I have zero motivation to get out. So I hooked up with this girl last night and it was terrible and awful and a really bad decision.

 iMessage

●●●●● Verizon LTE      4:56 PM      1 ∗ 48% ▬

**‹ Messages**       **Details**

Text Message
Friday 11:05 PM



Saturday 12:36 PM

I'm really sorry about last night, I drank too much I didn't mean for anything to happen, I'm still not over my ex and I feel bad.

I'm really okay never discussing last night ever again.

Agreed

 Text Message                    Send