UNIVERSITY of ST. THOMAS

Dean of Students

Mail 5041
2115 Summit Avenue
St. Paul, MN 55105-1096
U.S.A

Telephone: 1 (651) 962-6050
Facsimile: 1 (651) 962-6055
1 (800) 328-6819 Ext. 2-6050

www.stthomas.edu/deanofstudents

February 10, 2016

███████

Dear ████

This letter summarizes the outcome of the sexual misconduct investigation regarding an alleged incident that occurred on December 12, 2015. You were named as the respondent in this incident.

During the investigation meetings, you were fully informed of the alleged violation of the University of St. Thomas Sexual Misconduct Policy. You had an opportunity to discuss your view of the incident and tell your side of the story. You also named several witnesses who were interviewed as part of the investigation and had the opportunity to provide material evidence. It is important to us that throughout this process students feel they are treated with respect and dignity, that students understand the impact of their behavior on the community, and that we balance the needs of individual students with those of the larger community.

In order to determine that a student has violated the university's policy entitled, "Sexual Misconduct Policy" the standard of proof required is a preponderance of evidence, i.e., the evidence demonstrates that it is more likely than not that the conduct occurred.

Based on the information provided during the investigation, I have found you responsible for the following violations of the University Sexual Misconduct Policy:

*Non-consensual sexual intercourse*
*Non-consensual sexual intercourse is: (1) any sexual intercourse or penetration (anal, oral or vaginal), however slight (2) by a penis, tongue, finger, or any object (3) by any person upon any other person (4) without consent and/or by force*

As a result of these findings, I am issuing the following sanctions:

1. **Suspension from the University of St .Thomas**
You are suspended from the University of St. Thomas upon receipt of this letter extending until the first day of the semester in fall 2017. You will need to contact Bryan Helminiak, Associate Director of Residence Life (651-962-6763), to arrange a time to move your belongings out of your room. You need to be moved out of your room 6:00 p.m. on February 13th. During this period of suspension, you are also trespassed from the University of St. Thomas. You are not to be on university property at any time for any reason. You may not participate in any St. Thomas activities while suspended from the University.

2. **No Contact Directive**
The "No Contact" directive with ████████████ remains in place from the date of this letter through the last day of the spring semester in 2019. This means no contact of any kind whether in person, via phone or electronic or social media. You are also prohibited from making any contact through a third person intermediary.

PLAINTIFF'S
EXHIBIT
10
PENGAD 800-631-6989

### 3. No Retaliation

The University of St. Thomas will take strong responsive action if retaliation occurs. Any conduct constituting retaliation or reprisal is subject to disciplinary action up to and including dismissal and expulsion.

A hold has been placed on your registration. Prior to re-admittance to the University of St. Thomas, you will need to meet with the Dean of Students to have your hold lifted.

You have the right to appeal these decisions. The entire judicial process, including your right to appeal, can be found in the online Sexual Misconduct Policy:

www.stthomas.edu/title-ix/sexualmisconduct

Should you decide to appeal you must complete and submit an appeal form to the Vice President for Student Affairs within ten (10) working days of the date on this letter. Forms are available in hard copy from the Dean of Students Office (Room 241, Anderson Student Center).

Sincerely,

Linda Baughman-Terry
Dean of Students

Cc: Dr. Karen Lange, Vice President for Student Affairs