UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | COURT MINUTES - CIVIL |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 16-cv-1127 JRT/DTS |
| University of St. Thomas, | |
| Defendant. | Date: April 18, 2018 |
| | Court Reporter: Maria Weinbeck |
| | Location: 9E |
| | Time: 9:05 a.m. – 10:03 a.m. |
| | Total Time: 58 Minutes |

APPEARANCES:

Beau D. McGraw, Esq. on behalf of Plaintiff

Maren F. Grier, Esq. on behalf of Defendant

PROCEEDINGS:
   # 95 Plaintiff's Motion to Compel Discovery

X   Order issued from the bench

NOTES:
   On the record, Plaintiff's motion was granted in part and denied in part.  First, Defendant was ordered to provide Plaintiff all accessible relevant training materials in possession of the response manager, the appeal officer, members of the appeal panel, the process advisor, the investigators, and the Title IX coordinator, for the five years preceding Plaintiff's complaint.  The ordered materials encompass both those provided by the University of St. Thomas and those provided by third parties.
   Second, Defendant was ordered to provide Plaintiff with a document echoing the information contained within the University of St. Thomas' sexual assault investigation spreadsheet, with the names of those involved omitted, for the five years preceding Plaintiff's complaint.  In addition, Defendant must provide Plaintiff any training materials provided to sexual assault appeals panels from that period.

*E. Adams*
*Law Clerk*