**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Doe,                                              Case No. 0:16:cv-01127 (JRT/DTS)

                  Plaintiff,

v.

University of St. Thomas,

                  Defendant.

**<u>JOINT MOTION REGARDING CONTINUED SEALING</u>**

Documents have been filed under seal in connection with Plaintiff's motion to compel.  Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---------|------------------------|---------------------------------|---|---|--------------------------------------------------------|-------------------------------------------------------|
|         |                        | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| 100 | Declaration of Beau McGraw | | X | | | |
| 101 | Plaintiff's First Request for Production of Documents to Defendant | | X | | | |
| 102 | Defendant's Responses to Plaintiff's First Request for Production of Documents | | X | | | |
| 103 | Defendant's Responses to Plaintiff's First Interrogatories | | X | | | |
| 104 | September 20, 2017 Letter from Beau McGraw to Maren Grier | | X | | | |
| 105 | September 22, 2017 Letter from Beau McGraw to David Schooler | | X | | | |
| 106 | October 2, 2017 Letter from | X | | | | Contains confidential and student information as described in the |

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| | Beau McGraw to David Schooler | | | | | Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |
| 107 | October 5, 2017 Letter from Beau McGraw to Maren Grier | | X | | | |
| 108 | October 12, 2017 Email from Melissa Schultz to Maren Grier | X | | | | Contains confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |
| 109 | October 24, 2017 Email from Melissa Schultz to Maren | X | | | | Contains confidential and student information as described in the |

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| | Grier | | | | | Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |
| 110 | Excerpt of Transcript of Deposition of Linda Baughman | X | | | | All deposition transcripts in this case have been designated as "Confidential-Student Information" as they contain confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |
| 111 | Excerpt of Transcript of | X | | | | All deposition transcripts in this case have been designated as "Confidential-Student Information" |

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| | Deposition of Abigail Crouse | | | | | as they contain confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq*. |
| 112 | Excerpt of the Transcript of the Deposition of Nora Fitzpatrick | X | | | | All deposition transcripts in this case have been designated as "Confidential-Student Information" as they contain confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq*. |

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| 113 | Excerpt of the Transcript of the Deposition of Brad Pulles | X | | | | All deposition transcripts in this case have been designated as "Confidential-Student Information" as they contain confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq*. |
| 117 | Defendant's Responses to Plaintiff's First Request for Production of Documents | | X | | | |
| 118 | October 2, 2017 Letter from Beau McGraw to David Schooler | X | | | | Contains confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to |

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| | | | | | | The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |
| 119 | October 4, 2017 Letter from Maren Grier to Beau McGraw | X | | | | Contains confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |
| 120 | October 24, 2017 Email from Melissa Schultz to Maren Grier | X | | | | Contains confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |

| Dkt No. | Description of Document | Mark "X" in Applicable Column | | | NonParty That Designated Document Confidential (if any) | Reason Why Document Should Remain Sealed or be Unsealed |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should be Unsealed | Parties Disagree | | |
| 121 | Defendant's Supplemental Responses to Plaintiff's First Interrogatories | | X | | | |
| 122 | March 12, 2018 Email from Maren Grier to Beau McGraw | | X | | | |
| 123 | March 16, 2016 Sexual Misconduct Appeal Process | X | | | | Contains confidential and student information as described in the Stipulated Protective Order entered by the Court at Dkt. # 41. The University of St. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq.* |

Dated: May 14, 2017

**BRIGGS AND MORGAN, P.A.**

By: *s/ Maren F. Grier*
David A. Schooler (#0225782)
Ellen A. Brinkman (#0386578)
Maren F. Grier (#0390221)
Michael M. Sawers (#0392437)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF ST. THOMAS**

Dated: May 15, 2017

**MCGRAW LAW FIRM**

By:
Beau D. McGraw, I.D. No.: 31190X
10390 39th Street North, Suite 3
Lake Elmo, Minnesota 55042
beau@mcgrawlawfirm.com
(651) 209-3200

**ATTORNEY FOR PLAINTIFF JOHN DOE**