## Safety Planning Exercise

*Justin and Marcus have been dating since the beginning of their first year at St. Thomas. In the past few weeks, Justin has started questioning Marcus about recent behavior. Justin continually asks who Marcus talks to in class, why there was no answer when he texted, and insists on checking Marcus's phone and snapchat account. Marcus has not paid much attention to these comments, but lately Justin has sounded and appeared angry most of the time. Justin has been yelling at Marcus outside in the Quad, calling him names, using profanity, then apologizing. Last night Justin hit Marcus. When Marcus tried to leave, Justin told Marcus he wouldn't find anyone else who loves him as much as Justin does. Marcus is upset because he loves Justin and says the fight wasn't that big of deal, and he just wants to know how to fix their relationship.*

As a Process Advisor for Marcus who wants help in this situation, list the questions or issues you could discuss in regards to safety planning with Taylor.

Factfinder training – May 13, 2015

**EXHIBIT 1**

UST00004469

Reflection and looking forward....

The most valuable things I have learned through these factfinder trainings have been...

As you reflect on your own readiness to particlpate as a factfinder or a process advisor, what skill areas do you feel less confident about?

What topics should we consider for future training sessions:

Factfinder training – May 13, 2015

UST00004470