**Case Study #1**

Casey and Kelly have been dating for several months. One night, after drinking with friends, they go back to Casey's apartment and have a fight. Tired of arguing, Casey starts to kiss Kelly. Casey knows Kelly is furious. Kelly doesn't say anything, and they have sex. They've been sexually active together multiple times before.

Kelly leaves Casey's apartment early the next morning without saying anything. Later that day, Kelly sends a text and says the relationship is over. Casey texts and calls Kelly multiple times over the next several weeks. Kelly ignores the texts and calls, except to text back once: "It's over. Please stop texting." Casey starts hanging out by Kelly's residence hall to try to talk to Kelly and sends flowers several times. Casey starts messaging Kelly on Facebook, pleading "I just want to have a conversation."

One evening, an hour after a friend tagged Kelly in a photo on Facebook, "Looking forward to an awesome concert at First Avenue with Kelly Carson" Casey showed up at First Avenue.

Casey's conduct has continued for several weeks, and Kelly comes to talk to you about this situation. Kelly just wants Casey's behavior to stop. Kelly asks you to keep your conversation confidential.

**It's unclear whether Casey and Kelly are male or female. Does that matter?**

**Did Kelly consent to having sex with Casey?**

**Is there another potential violation of the sexual misconduct policy? What?**

**What additional facts would you like to know?**

**Can you keep this confidential?**

**How can you help Kelly?**

**EXHIBIT 2**

UST00004597

**Case Study #2**

Andy is a popular and dynamic student leader with plans of going to medical school in the Fall. He has been dating Katie, another student leader, who also plans to attend medical school in the Fall. Andy and Katie are both seniors. You have worked with both of them on various projects and you think they're great people.

One day, you're working with Katie on a volunteer project and you notice a big bruise on Katie's arm. You ask what happened, and she says she just fell and makes a joke about being clumsy.

A week later, you're working with Katie again. You begin talking and she confides in you that the night before, she tried to break up with Andy. She said it didn't go well. He became very angry and threw a chair across the room. She explains that she agreed to stay together that night to try to calm him down, but that she really thinks she needs some space. She says she's tried to break up with him before, but he gets so angry and needy that she's always relented and agreed to get back together. She tells you that she's considering taking next semester off, and going back home to live with her parents, because she's not sure she can really break up with Andy if they're both here.

**Has Andy engaged in misconduct?**

**What do you respond to Katie? What resources are available to help her?**

UST00004598

Case Study # 3

You ask Jake, a student you're working with, how classes are going, and he tells you they're all great except English. He says that his English professor is a really tough grader and he hasn't gotten a grade better than a C. He also says that the professor really creeps him out. She tries to make jokes in class that aren't funny, including some jokes about sex. When he went to see her about a grade on his last quiz, she said "Maybe I should just take you to dinner and we could talk more about it." The student said he didn't know how to respond and just stared at her, bewildered. She then started to laugh and said, "of course I'm not serious." The next day in class, the professor made a joke that Jake "might not like women." Jakes says he never intends to go to the professor's office hours again and he's nervous whenever he goes to class.

**What do you tell Jake?**

**Has the professor violated any policy?**

**Does the gender of the student and professor matter?**

UST00004599

**Case Study #4**

While having a personal conversation with a freshman, Matt, he confides in you that two years ago, he was raped by his mom's boyfriend. Matt is 18 years old. Matt explains that his mom broke up with the boyfriend shortly after that and that it only happened once. Unfortunately, Matt just saw his mom's old boyfriend on the campus bus to Minneapolis. Matt is very embarrassed about this and doesn't want you to say anything to anyone. He asks you if there's a way he can make sure he doesn't see the boyfriend again.

**What do you do?**

**How do you respond to Matt's request not to tell anyone?**

**What resources on campus could help Matt?**

**What if the rape happened four years ago?**

UST00004600