UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>v.<br><br>University of St. Thomas,<br><br>    Defendant. | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No.:    16-cv-1127 JRT/DTS<br>Date:    July 17, 2018<br>Court Reporter:    Renee Rogge<br>Location:    Mpls. 9E<br>Time:    2:32 p.m. – 3:48 p.m.<br>Total Time:    1 hour 16 minutes |

APPEARANCES:

Beau D. McGraw, Esq. on behalf of Plaintiff

Maren F. Grier, Esq. on behalf of Defendant

Jenny Gassman-Pines, Esq. on behalf of non-party Jane Doe

PROCEEDINGS:
    *# 141 Plaintiff's Motion to Compel Deposition of Jane Doe*
    *# 182 Plaintiff's Motion Seeking Leave to Amend Pleadings*

X    Order to be issued

                                                                                            K. Reierson
                                                                                            *Law Clerk*