UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Court File No. 16-cv-01127 (JRT/DTS) |
| Plaintiff, | |
| v. | **JOINT OBJECTION AND MOTION FOR FURTHER CONSIDERATION OF SEALING** |
| University of St. Thomas, | |
| Defendant. | |

On July 20, 2018, the Court issued its Order granting in part and denying in part (Doc. 282) the parties' June 27, 2018 Joint Motion Regarding Continued Sealing (Doc. 268). The Court's Order directs the court clerk to unseal Doc. 203 "21 days after the issuance of this order unless a timely objection is filed under Minn. L.P. 5.6(d)(4)." Doc. 282. Doc. 203 is a training document entitled "Not Alone: From White House Task Force to St. Thomas" which was attached as Exhibit 22 to the May 30, 2018 Declaration of Beau McGraw. While this training material is not by itself a confidential document, it contains on the top of its first page a handwritten notation which identifies a University of St. Thomas student. The University of ST. Thomas's disclosure of student information is subject to The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g(b), 34 C.F.R. § 99.1 *et seq*., and this student's personal identifying information should thus be protected from public disclosure.

In light of the foregoing, the parties respectfully jointly request that the Court reconsider its July 20, 2018 Order directing the court clerk to unseal Doc. 203, and instead issue an Order that Doc. 203 is to remain sealed. Upon receipt of such an Order,

Plaintiff will publicly file the attached redacted version of Exhibit 22 to the May 30, 2018 Declaration of Beau McGraw (*i.e.*, Doc. 203), which redacts only the handwritten notation identifying a University of St. Thomas Student.

Dated:  August 9, 2018               **BRIGGS AND MORGAN, P.A.**


By:  *s/ Maren F. Grier*
    David A. Schooler (#0225782)
    Ellen A. Brinkman (#0386578)
    Maren F. Grier (#0390221)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2157
(612) 977-8400
dschooler@briggs.com
ebrinkman@briggs.com
mgrier@briggs.com

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF ST. THOMAS**


Dated: August 9, 2018               **MCGRAW LAW FIRM**


By:  *s/ Beau D. McGraw*
Beau D. McGraw, I.D. No.: (#31190X)
10390 39th Street North, Suite 3
Lake Elmo, Minnesota 55042
beau@mcgrawlawfirm.com
(651) 209-3200

**ATTORNEY FOR PLAINTIFF JOHN DOE**