UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN DOE,                         CIVIL NO. 16-1127 (JRT/DTS)

    Plaintiff,

v.                                <u>ORDER</u>

UNIVERSITY OF ST. THOMAS,

    Defendant.

---

Pursuant to the Joint Motion Regarding Continued Sealing [Docket No. 284] and Minn. L.R. 5.6(d)(2),

IT IS HEREBY ORDERED that:

1. The parties' Joint Motion Regarding Continued Sealing [Docket No. 284] is GRANTED IN PART and DENIED IN PART.

2. **With respect to Docket Nos. 240 and 241**: Plaintiff is ordered to file a public redacted version of these two documents by **August 31, 2018**. Once Plaintiff has done so, the Court will review the documents and will issue an order regarding the motion for continued sealing of the unredacted documents in Nos. 240 and 241.

3. The Clerk is directed to keep the following documents sealed: Docket Nos. 130, 133, 134, 137, 138, 139, 140, 142, 145, 147, 148, 151, 152, 153, 154, 155, 156, 157, 158, 161, 162, 163, 166, 167, 168, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 243, 244, 245, 246, 247, 248, 249, 259, 260, 261, 262, 263, 264, 265, 266, 269, 272, 275 and 277.

4. The Clerk is directed to unseal the following documents 21 days after the issuance of this order unless a timely objection is filed under Minn. L.R. 5.6(d)(4): Docket Nos. 242, 250, 251, 252, 253, 254, 255, 256, 257 and 258.

Dated: August 21, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge