UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Doe,

        Plaintiff,

v.

University of St. Thomas,

        Defendant.

Court File No. 16-cv-1127 (JRT/DTS)

**DECLARATION OF BEAU D. MCGRAW**

I, Beau D. McGraw, declare under the penalties of perjury the following to be true to the best of my knowledge:

1. I am the attorney for Plaintiff in the above captioned matter.
2. I have personal knowledge of the facts herein.
3. Attached here to as Exhibit 1 is a true and correct copy of Plaintiff's UST Sexual Misconduct Policy and Procedures.
4. Attached as Exhibit 2 is a true and correct copy of the Deposition of Nora Fitzpatrick.
5. Attached as Exhibit 3 is a true and correct copy of the Deposition of Brad Pulles.
6. Attached as Exhibit 4 is a true and correct copy of the Deposition of Vernon Klobassa.
7. Attached as Exhibit 5 is a true and correct copy of the Deposition of Jean Geibenhain.

8. Attached as Exhibit 6 is a true and correct copy of the Deposition of Linda Baughman.

9. Attached as Exhibit 7 is a true and correct copy of the Deposition of Karen Lange.

10. Attached as Exhibit 8 is a true and correct copy of a document provided by Defendant entitled Summary of Title IX Cases Spreadsheet 2013-2015 (Bates 7758).

11. Attached as Exhibit 9 is a true and correct copy of a document provided by Defendant entitled UST Fact Finders by Rachel Harris, May 13, 2015 (Bates 4418).

12. Attached as Exhibit 10 is a true and correct copy of a document provided by Defendant entitled UST Factfinders, by Rachel Harris, January 7, 2015 (Bates 4601).

13. Attached as Exhibit 11 is a true and correct copy of a document provided by Defendant entitled UST Factfinders & Process Advisor Training: Writing Investigative Reports, Abigail Crouse and Rachel Harris, December 9, 2015 (Bates 4887).

14. Attached as Exhibit 12 is a true and correct copy of a document provided by Defendant entitled Recognizing and Working with Stalking Victims by Deirdre Keys (Bates 4995).

15. Attached as Exhibit 13 is a true and correct copy of a document provided by Defendant entitled Campus Dating Violence (Bates 6427).

16. Attached as Exhibit 14 is a true and correct copy of a document provided by Defendant entitled Strengthening the Response to Sexual Violence, by Roberta Gibbons and Peter J. Meagher (Bates 5120).

17. Attached as Exhibit 15 is a true and correct copy of a document provided by Defendant entitled Campus Checklist (Bates 5334).

18. Attached as Exhibit 16 is a true and correct copy of a document provided by Defendant entitled Sexual Misconduct Policy Appeal Process, by Nora Fitzpatrick dated March 16, 2016 (Bates 3553).

19. Attached as Exhibit 17 is a true and correct copy of a document provided by Defendant entitled Additional Case Studies (Bates 5461).

20. Attached as Exhibit 18 is a true and correct copy of the Fact Finder Report (Bates 1312).

21. Attached as Exhibit 19 is a true and correct copy of an email from Dean of Students to Plaintiff dated December 14, 2015.

22. Attached as Exhibit 20 is a true and correct copy of an email from Dean of Students to Plaintiff dated December 15, 2015.

23. Attached as Exhibit 21 is a true and correct copy of a letter from Dean of Students to Plaintiff dated February 20, 2016.

24. Attached as Exhibit 22 is a true and correct copy of the Deposition of Sharon Howell.

25. Attached as Exhibit 23 is a true and correct copy of the Deposition of Abigail Crouse.

26. Attached as Exhibit 24 is a true and correct copy of an October 24, 2017 email from Beau McGraw to Maren Grier.

27. Attached as Exhibit 25 is a true and correct copy of the Affidavit of ▮▮▮▮▮ ▮▮▮.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/18

Beau D. McGraw

4