UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN DOE, | CIVIL NO. 16-1127 (JRT/DTS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| UNIVERSITY OF ST. THOMAS, | |
| Defendant. | |

The Court enters the following Order pursuant to its August 21, 2018 Order regarding the parties' Joint Motion Regarding Continued Sealing [Docket No. 284] and Minn. L.R. 5.6(d)(2).

IT IS HEREBY ORDERED that:

1. The parties' Joint Motion Regarding Continued Sealing [Docket No. 284] with respect to **Docket Nos. 240 and 241** is GRANTED.

2. The Clerk is directed to keep the following documents sealed: Docket Nos. 240, 241.

Dated: September 5, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge