**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John Doe, | |
| Plaintiff, | Case No: 16-cv-1127 (JRT/DTS) |
| v. | **NOTICE OF APPEAL** |
| University of St. Thomas, | |
| Defendant. | |

Notice is hereby given that John Doe, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from: the Memorandum Opinion and Order on Defendant's Motion to Dismiss, dated March 1, 2017, granting Defendant's Motion to Dismiss (Docket No. 63); Order, dated August 6, 2018, denying Plaintiff's Motion to Compel the Deposition of Jane Doe and denying Plaintiff's Motion Seeking Leave to Amend Pleadings (Docket No. 285); Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment, dated February 21, 2019 (Docket No. 296);  and Judgment in a Civil Case, dated February 21, 2019 (Docket No. 297).

Dated: March 19, 2019     **MCGRAW LAW FIRM, P.A.**

**/s/ Beau D. McGraw**

_____
Beau D. McGraw (ID #31190X)
Attorney for John Doe
10390 39th Street North, Suite 3
Lake Elmo, MM 55042
Telephone: (651) 209-3200
beau@mcgrawlawfirm.com