**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Doe,

Plaintiff(s),

-vs-                                                                      16-cv-1127 JRT/DTS

University of St. Thomas,

Defendant(s).

## COST JUDGMENT

The costs of the Defendant, University of St. Thomas, have been taxed and allowed by the Clerk of this Court against the Plaintiff, John Doe, as follows:

|                      | Claimed     | Allowed    |
|----------------------|-------------|------------|
| Fees for transcripts | $3,484.22   | $2,884.40  |
| Total                | $3,484.22   | $2,884.40  |

Costs, therefore, are taxed against Plaintiff, John Doe, in the amount of $2,884.40 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on April 30, 2019.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk